# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE MUESSE,<br><br>　　　　　Petitioner,<br>　vs.<br>PAUL BRAZELTON, Warden,<br>　　　　　Respondent.<br>_____ | Case No. SA CV 12-1700 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

　　　Petitioner filed a Supplemental Objection that relied on the Supreme Court's recent decision in McQuiggin v. Perkins, ___ U.S. ___, 133 S. Ct. 1924 (2013). The Court notes that the Magistrate Judge expressly considered whether, in light of Petitioner's new evidence, no reasonable juror would have convicted him of the offense. That analysis substantively complies with McQuiggin and supports the decision that Petitioner's federal habeas action is untimely.

///

1        Accordingly, the Court accepts the findings and recommendation of the
2 Magistrate Judge.
3        IT IS ORDERED that Judgment be entered denying the petition and
4 dismissing this action with prejudice.

6 DATE: July 12, 2013        _____
7                                                 MICHAEL W. FITZGERALD
                                                     UNITED STATES DISTRICT JUDGE