UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT GEORGE MUESSE, | ) | Case No. SA CV 12-1700 MWF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| PAUL BRAZELTON, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: July 12, 2013               _____
                                  HON. MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT JUDGE